**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Goli Mahdavi, California Bar No. 245705
Nathaniel W. Peters, California Bar No. 251514
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 268-2000
Facsimile:     (415) 268-1999
Email:          daniel.rockey@bryancave.com
                goli.mandavi@bryancave.com
                petersn@bryancave.com

**Attorneys for Defendants**
JPMORGAN CHASE BANK, N.A. and
FEDERAL NATIONAL MORTGAGE ASSOCIATION
AS TRUSTEE FOR GUARANTEED PASS-THROUGH
CERTIFICATES, FANNIE MAE TRUST 2003-W8

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

CAROLANNE SOTTILE,

                    Plaintiff,

            vs.

JPMORGAN CHASE BANK, N.A., and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION, as trustee for
GUARANTEED PASS-THROUGH
CERTIFICATES, FANNIE MAE TRUST
2003-W8

                    Defendants.

Case No. 3:13-cv-05909-WHO

Hon. William H. Orrick

**SECOND JOINT STIPULATION
REGARDING COMPLAINT AND
DEFENDANTS' TIME TO RESPOND**

Complaint Filed:   December 20, 2013
Trial Date:        Not Assigned

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

## RECITALS

This stipulation is entered into by and between Plaintiff CAROLANNE SOTTILE ("Plaintiff") and Defendants JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8, ("Defendants").  The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      WHEREAS, Plaintiff filed the above-referenced action on December 20, 2013;

2.      WHEREAS, Defendants' responsive pleading to the Complaint was due by January 17, 2014;

3.      WHEREAS, Plaintiff granted an extension to Defendants to file a responsive pleading until January 24, 2014;

4.      WHEREAS, the parties agreed to endeavor to reach a settlement prior to Defendants filing a responsive pleading, and accordingly have further agreed to extend the time for Defendants to file a responsive pleading until March 20, 2014;

5.      WHEREAS, the parties continue to engage in good-faith settlement negotiations that may resolve the case, but require two additional weeks from the present responsive pleading date to determine whether they can resolve this case without further litigation;

6.      WHEREAS, Plaintiff and Defendants agree and stipulate that Defendants shall have up to and including April 4, 2014 to file a responsive pleading to the Complaint;

7.      WHEREAS, this stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant; and

8.      WHEREAS, these changes will not alter the date of any event or any deadline already fixed by Court order.

///

///

///

1  ///

2  **STIPULATION**

3          NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of

4  record, in order to continue their settlement negotiations, reduce the costs of litigation for all

5  parties, and unburden the Court's docket, agree and stipulate as follows:

6          1.         Defendants shall have up to and including April 4, 2014 to file a responsive

7  pleading to the Complaint.

8

9          **IT IS SO STIPULATED.**

10

11

12  Dated:  March 18, 2014                    Respectfully submitted,

13                                                        **LAW OFFICES OF CHARLES T. MARSHALL**

14

15                                                        By:    /s/ Charles T. Marshall
16                                                                Charles T. Marshall
                                                               Attorneys for Plaintiff
17                                                             CAROLANNE SOTTILE

18

19  Dated:  March 18, 2014                    Respectfully submitted,

20                                                        **BRYAN CAVE LLP**

21

22                                                        By:    /s/ Nathaniel W. Peters
23                                                                Nathaniel W. Peters
                                                               Attorneys for Defendants
24                                                             JPMORGAN CHASE BANK, N.A. and
                                                               FEDERAL NATIONAL MORTGAGE
25                                                             ASSOCIATION AS TRUSTEE FOR
                                                               GUARANTEED PASS-THROUGH
26                                                             CERTIFICATES, FANNIE MAE TRUST 2003-
                                                               W8
27

28

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*

Bryan Cave LLP
560 MISSION Street, 25th Floor
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Having reviewed the stipulation of Plaintiff CAROLANNE SOTTILE and Defendants JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      Defendant shall have up to and including April 4, 2014 to file a responsive pleading to the Complaint.

2.      The Case Management Conference shall be continued from March 25, 2014 until **April 22, 2014** at 2 p.m.  The parties shall file a Joint Case Management Conference Statement on or before April 15, 2014.

Dated:  March 18, 2014                    _____
                                        Judge of the United States District Court
                                        Northern District of California

SF01DOCS\124982.1\C076608\0345311311