Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:   619-807-2628
Fax:  866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiff
CAROLANNE SOTTILE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLANNE SOTTILE<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, as trustee for GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8<br><br>    Defendant(s). | Case No. 3:13-cv-05909<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE PURSUANT TO  CIVIL LOCAL RULE 6-2**<br><br>Complaint Filed: December 20, 2013<br><br>Trial Date: Not Assigned |

//

//

//

//

//

//

//

*Sottile  v. JPMorgan Chase Bank, N.A.,*  et al.           Order Granting Stipulated Request           1

1  The Court, having reviewed the parties' Stipulated Request for Order Changing Date of Case

2  Management Conference Pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good

3  Cause, seeking extension of the initial Case Management Conference from April 22, 2014 to June

4  23, 2014, finds as follows:

5

6      The Case Management Conference is continued to June 24, 2014 at 2:00 p.m.

7  IT IS SO ORDERED.

Dated: April 16, 2014

_____
United States District Judge

*Sottile v. JPMorgan Chase Bank, N.A.*, et al.      Order Granting Stipulated Request      2