1  **BRYAN CAVE LLP**
   Daniel T. Rockey, California Bar No. 178604
2  Tina Naicker, California Bar No. 252766
   Dave Owens, California Bar No. 273179
3  560 Mission Street, 25th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 268-2000
   Facsimile:   (415) 268-1999
5  Email:       naickert@bryancave.com
                dave.owens@bryancave.com
6
   **Attorneys for Defendants**
7  JPMORGAN CHASE BANK, N.A. and
   FEDERAL NATIONAL MORTGAGE ASSOCIATION
8  AS TRUSTEE FOR GUARANTEED PASS-THROUGH
   CERTIFICATES, FANNIE MAE TRUST 2003-W8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLANNE SOTTILE, | Case No. 3:13-cv-05909-WHO |
| Plaintiff, | Hon. William H. Orrick |
| vs. | **JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS** |
| JPMORGAN CHASE BANK, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION, as trustee for GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8 | Complaint Filed:  December 20, 2013<br>Trial Date:       Not Assigned |
| Defendants. | |

SF01DOCS\124982.1\C076608\0345311

**JOINT STIPULATION**

215050.1

## **RECITALS**

This stipulation is entered into by and between Plaintiff CAROLANNE SOTTILE ("Plaintiff"') and Defendants JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8, ("Defendants"). The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff is being reviewed for a loan modification in an effort to resolve this matter;

2. WHEREAS, the Parties therefore wish to stay the proceedings until November 10, 2014 to avoid unnecessary litigation costs and to save judicial resources.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record, in order to continue their settlement negotiations, reduce the costs of litigation for all parties, and unburden the Court's docket, agree and stipulate as follows:

1. This action shall be stayed until November 10, 2014;

2. Defendants' response to Plaintiff's Complaint shall be due no later than November 17, 2014;

3. The case management conference, scheduled for September 9, 2014, shall be continued until November 11, 2014, or anytime that the Court deems appropriate.

**IT IS SO STIPULATED.**

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Dated: September 4, 2014  Respectfully submitted,

**LAW OFFICES OF CHARLES T. MARSHALL**

By: /s/ Charles T. Marshall
 Charles T. Marshall
 Attorneys for Plaintiff
 CAROLANNE SOTTILE

Dated: September 4, 2014  Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Dave Owens
 Dave Owens
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION AS TRUSTEE FOR
GUARANTEED PASS-THROUGH
CERTIFICATES, FANNIE MAE TRUST 2003-W8

SF01DOCS\124982.1\C076608\0345311

2

**JOINT STIPULATION**

215050.1

1 **[PROPOSED] ORDER**

2 Having reviewed the stipulation of Plaintiff CAROLANNE SOTTILE and Defendants

3 JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION

4 AS TRUSTEE FOR GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE

5 TRUST 2003-W8, and good cause appearing therefore,

6 **IT IS HEREBY ORDERED THAT:**

7    1.   This action shall be stayed until November 10, 2014;

8    2.   Defendants' response to Plaintiff's Complaint shall be due no later than

9 November 17, 2014;

10   3.   The case management conference, scheduled for September 9, 2014, shall be

11 continued until November ~~11~~ 18, 2014, at 2:00 p.m. ~~or anytime that the Court deems appropriate~~.

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated:  September 5, 2014        _____
                                    Judge of the United States District Court
16                                  Northern District of California

SF01DOCS\124982.1\C076608\0345311311

**JOINT STIPULATION**

215050.1