Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:   619-807-2628
Fax:  866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiff
CAROLANNE SOTTILE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLANNE SOTTILE<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, as trustee for GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8<br><br>    Defendant(s). | Case No. 3:13-cv-05909-WHO<br><br>**STIPULATION REGARDING COMPLAINT AND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed: December 20, 2013<br><br>Trial Date: Not Assigned |

## **RECITALS**

This stipulation is entered into by and between Plaintiff CAROLANNE SOTTILE ("Plaintiff") and Defendants JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8, ("Defendants"). The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed the above-referenced action on December 20, 2013;

2. WHEREAS, Plaintiff's' response to Defendant's Motion to Dismiss was due November 28, 2014;

3. WHEREAS, Defendants granted an extension to Plaintiff to file a response until December 3, 2014;

4. WHEREAS, the parties agreed to extend the time for Defendants to file a reply until December 10, 2014;

5. WHEREAS, this stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant; and

6. WHEREAS, these changes will not alter the date of any event or any deadline already fixed by Court order.

## STIPULATION

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record, agree and stipulate as follows:

1. Plaintiff shall have up to and including December 3, 2014 to file a response to Defendants' Motion to Dismiss.

2. Defendants shall have up to and including December 10, 2014 to file a reply to Plaintiff's repose to Defendants' Motion to Dismiss.

**IT IS SO STIPULATED.**

                                                    **LAW OFFICES OF CHARLES T. MARSHALL**

Dated: November 24, 2014                      By*: /s/ Charles T. Marshall*_____
                                                               Charles T. Marshall
                                                                Attorneys for Plaintiff
                                                                CAROLANNE SOTTILE

1
2
3                                            **BRYAN CAVE LLP**
4
5   Dated: November 24, 2014               By:  /s/ Dave Owens
                                                Dave Owens
6                                               Attorney for Defendants
                                                JPMORGAN CHASE BANK, N.A. and
7                                               FEDERAL NATIONAL MORTGAGE
                                                ASSOCIATION AS TRUSTEE FOR
8                                               GUARANTEED PASS-THROUGH
                                                CERTIFICATES, FANNIE MAE TRUST
9                                               2003-W8
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed the stipulation of Plaintiff CAROLANNE SOTTILE and Defendants JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall have up to and including December 3, 2014 to file a response to Defendants' Motion to Dismiss.

2. Defendants shall have up to and including December 10, 2014 to file a reply to Plaintiff's response to Defendants' Motion to Dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 25, 2014

Judge of the United States District Court
Northern District of California