Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:     619-807-2628
Fax:    866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiff
CAROLANNE SOTTILE

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLANNE SOTTILE | Case No. 3:13-cv-05909-WHO |
| Plaintiff, | Honorable Judge William H. Orrick |
| v. | |
| JP MORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, as trustee for GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8 | **ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)** |
| Defendant(s). | Complaint Filed: December 20, 2013 |
| | Trial Date: Not Assigned |

Plaintiff having moved for dismissal of case against Defendants JP MORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, as trustee for GUARANTEED PASS-THROUGH CERTIFICATES, FANNIE MAE TRUST 2003-W8 from the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause having been shown, it is hereby ORDERED that the Motion is GRANTED.

Dated:  January 26, 2015

_____
United States District Judge